IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KHALED SHABANI,

    Plaintiff,

v.

MADISON POLICE DEPARTMENT,
LT. JENNIFER KRUEGER FAVOUR,
ANDREW NAYLOR, M. BAKER
and JENNIFER SOSOKA,

    Defendants.

JUDGMENT IN A CIVIL CASE

16-cv-471-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants granting Madison Police Department, Lt. Jennifer Krueger Favour, Andrew Naylor, M. Baker and Jessica Sososka's motion for summary judgment and dismissing this case.

| /s/ | 9/5/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |